FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:19-cr-363T36-AEP

18 U.S.C. § 2422(b)

DAMEON KERK ALLEN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about July 23, 2019, and continuing through on or about July 25, 2019, in the Middle District of Florida, and elsewhere, the defendant,

**DAMEON KERK ALLEN,**

using a facility and means of interstate and foreign commerce, that is, a cellular telephone and computer via the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense under the laws of the State of Florida.

In violation 18 U.S.C. § 2422(b).

## **FORFEITURE**

1. The allegations contained in Counts One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2428.

2. Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

   a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

   b. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3. The property to be forfeited includes, but is not limited to, the following: Samsung SM-J737T cellphone with serial number R58M320EKLH, and any other electronic devices used in the commission of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2428.

          A TRUE BILL,

          _____
          Foreperson


MARIA CHAPA LOPEZ
United States Attorney

By: _____
  Lisa M. Thelwell
  Assistant United States Attorney

By: _____
  Amanda L. Riedel
  Assistant United States Attorney
  Acting Chief, Special Victims Section

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DAMEON KERK ALLEN

## INDICTMENT

Violations:   18 U.S.C. § 2422(b)

A true bill,

_____
Foreperson

Filed in open court this 20th day

of August, 2019

_____
Clerk

Bail $_____