# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:19cr363T36AEP |
| DAMEON KERK ALLEN | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DAMEON KERK ALLEN,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Coercion and enticement violation of 18 U.S.C. § 2422(b)

Date: August 21, 2019

*Issuing officer's signature*

City and state: Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/21/2019, and the person was arrested on *(date)* 8/26/2019
at *(city and state)* Clearwater, Florida.

Date: 8/26/2019

*Arresting officer's signature*

Theddius Coffin Task Force Officer
*Printed name and title*