# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:19-cr-363-T-36AEP

**DAMEON KERK ALLEN**

_____/

## DEFENDANT'S WITNESS LIST

The Defendant, Mr. Dameon Kerk Allen, intends to call the following persons as witnesses at the jury trial in the above-styled cause.

1. Any and All Government Witnesses.

        Respectfully Submitted,

        DONNA LEE ELM

        FEDERAL PUBLIC DEFENDER

        **/s/ _Adam J. Nate_**

        Adam J. Nate
        Assistant Federal Defender
        Florida Bar No.: 0077004
        400 North Tampa Street, Suite 2700
        Tampa, Florida  33602
        Telephone:  813-228-2715
        Fax:           813-228-2562
        Email:         Adam_Nate@fd.org

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of November. 2019, a true copy of the foregoing was filed by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to the Office of the United States Attorney, Assistant United States Attorneys Lisa M. Thelwell and Colin P. McDonell, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602.

/s/ *Adam J. Nate*

Adam J. Nate
Assistant Federal Defender