# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CLERK'S MINUTES
**JURY TRIAL**

**Case Number: 8:19-CR-363-T-36AEP**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Government Counsel:  Lisa Marie Thelwell |
| **Plaintiff,** | Colin P. McDonell |
| v. | |
| **DAMEON KERK ALLEN** | Defense Counsel:  Adam Joseph Nate |
| **Defendant.** | Adrian Burden |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye G. Samuel | Interpreter: | N/A |
| Date: | November 13, 2019 | Time: | 9:38 AM – 1:03 PM<br>2:09 PM – 3:44 PM |
| | | Total: | 5 hours |

## JURY TRIAL – DAY 2

9:38   Court in session and Counsel identified for the record.
       Present for Plaintiff:  Lisa Marie Thelwell and Colin P. McDonell
       Seated at the Government's table:  Special Agent Thaddius Coffin
       Present for Defendant:  Adam Joseph Nate and Adrian Burden

       The Court took up preliminary matters with counsel

9:44   Jurors recalled into the courtroom

9:46   Opening statements by AUSA Colin P. McDonell

9:54   Opening Statements by Defense counsel Adam Joseph Nate

10:14  **Government Witness #1:**   Ethan Cumming, sworn
       Direct examination by Lisa Marie Thelwell

11:09  Morning Recess

11:54  Court back in session and Jurors recalled into the courtroom

      Direct examination continued by Lisa Marie Thelwell
      Cross examination by Adam Joseph Nate
      Redirect by Lisa Marie Thelwell
      Witness excused

      During testimony, the Government moved into evidence the following Exhibits:  Exhibit #1, Exhibit #2, Exhibit #3, Exhibit #4, Exhibit #5, and Exhibit E6

12:42  **Government Witness #2:**    Detective Edwin Elliott-Cherry, sworn
      Direct examination by Colin P. McDonell
      Witness excused

      During testimony, the Government moved into evidence the following Exhibits:  Exhibit #7A, Exhibit #7B, Exhibit #8A, Exhibit #8B, and Exhibit #8C

12:57  Jurors excused for lunch

1:03  Recess for lunch

2:09  Court back in session and Jurors recalled to the courtroom

2:11  **Government Witness #3:**    Sgt. Timothy McClintick, sworn
      Direct examination by Colin P. McDonell
      Witness excused

      **Government rests**

2:23  Jurors excused for afternoon recess

      Defendant's *Oral Motion for Judgment of Acquittal pursuant to Fed.R.Crim.P. 29* is DENIED, for the reasons stated on the record.

2:34  Testimony concluded for the day to resume tomorrow.  The Jury was dismissed with instructions to return at 9:30 AM on tomorrow.

3:15  The Court conducted a Preliminary Charge Conference

3:40  Defendant sworn. The Court conducted a colloquy with Defendant to confirm that his decision not to testify was made freely and voluntarily

      Counsel and all Parties are to report tomorrow at 9:20 AM

**3:44  Court adjourned.**